# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2220

_____

United States of America

*Plaintiff - Appellee*

v.

Alvaro Rodrigo Cuellar Aguilar

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: February 13, 2018
Filed: April 3, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Alvaro Aguilar directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to a drug offense, pursuant to a written plea

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

agreement containing an appeal waiver.  His counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the appeal waiver is unenforceable, but conceding that there are no non-frivolous arguments for appeal.  Counsel has also moved for leave to withdraw.

Upon careful review, we decline to enforce the appeal waiver.  <u>See</u> <u>United States v. Boneshirt</u>, 662 F.3d 509, 515-16 (8th Cir. 2011).  Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.  Accordingly, we grant counsel leave to withdraw, and we affirm.

_____